IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
|     Plaintiff, } | |
| } | |
| vs. } | Case No. 12-M-6140-01-KMH |
| } | |
| ERIC SRACK, } | |
|     Defendant. } | |

O R D E R

NOW on this 20th day of July, 2012, this matter comes before the Court upon the oral motion of David J. Freund, Assistant Federal Public Defender for the District of Kansas, for an Order appointing him to provide consultation to defendant Srack. Counsel informs the court that Mr. Srack is currently incarcerated at the El Dorado Correctional Facility. Mr. Srack anticipates federal charges to be filed against him. Counsel further informs the Court that at present, defendant is unable to afford the costs of retaining an attorney for this purpose.

The Court, after being advised in the matter, hereby orders that the Federal Public Defender for the District of Kansas be appointed to provide the requested representation to the above-named defendant.

IT IS SO ORDERED.

S/ Karen M. Humphreys
THE HONORABLE KAREN K. HUMPHREYS
UNITED STATES MAGISTRATE JUDGE